Submitted December 2, affirmed December 29, 2021

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

JAYSON ANTHONY HOSKINS,
*Defendant-Appellant.*

Tillamook County Circuit Court
18CR65905; A173237

501 P3d 101

Jonathan R. Hill, Judge.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Nora Coon, Deputy Public Defender, Office of Public Defense Services, filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Weston Koyama, Assistant Attorney General, filed the brief for respondent.

Before DeVore, Presiding Judge, and DeHoog, Judge, and Mooney, Judge.

PER CURIAM

Affirmed. *State v. Merrill*, 311 Or App 487, 492 P3d 722, *adh'd to as modified on recons*, 314 Or App 460, 495 P3d 219 (2021).